| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  SPIEGEL, S. | 2. Court or Organization  U.S. DISTRICT COURT | 3. Date of Report  5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  UNITED STATES SENIOR DISTRICT | 5. ReportType (check appropriate type)  ○ Nomination,  Date  ○ Initial   ● Annual   ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  838 Potter Stewart United  States Courthouse  Cincinnati, OH  45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 A 10: 51 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Sixth Circuit Judicial Conference | Transportation, Lodging - $758.60 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPIEGEL, S. | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| Brokerage Account # 1 | | | | | | | | | |
| Anadarko Petroleum Corp | A | Div | K | T | | | | | |
| Exxon Mobil Corp | C | Div | M | T | | | | | |
| Fifth Third Bancorp Ohio | D | Div | O | T | | | | | |
| Marathon Oil Corp | A | Div | K | T | | | | | |
| PNC Bank Corp | D | Div | M | T | | | | | |
| Piper Jaffray Companies Inc | | None | J | T | Spinoff from U.S. Bancorp | 1/5/04 | | | |
| Procter & Gamble Co | D | Div | N | T | | | | | |
| J M Smucker Company New | A | Div | J | T | | | | | |
| U.S. Bancorp Delaware New | B | Div | L | T | | | | | |
| Union Pacific Corp | A | Div | L | T | | | | | |
| United States Steel Corp | A | Div | J | T | | | | | |
| Eaton Vance Investors Fund | A | Div | J | T | | | | | |
| Victory Ohio Muni Bond Fund | C | Div | M | T | | | | | |
| Sharonville, OH Neyra Industries 5.0% due 11/01/10; | B | Int | K | T | Partial Redemption | 11/8/04 | J | A | |
| Montgomery County, OH Industrial 7.45% due 9/1/07; | B | Int | | | Full Redemption | 2/2/04 | L | A | |
| Ohio State Water Development Unrefunded 6% due 12/1/08; | A | Int | J | T | | | | | |
| Akron, OH Waterworks Revenue 6% due 3/1/14; | B | Int | | | Full Redemption | 3/1/04 | L | A | |
| Cuyahoga County, OH Utility 5.4% due 8/15/04; | C | Int | | | Full Redemption | 8/16/04 | L | A | |
| Ohio State Water Development Prefunded 6% due 12/1/08; | B | Int | | | Full Redemption | 12/2/04 | K | A | |
| OH State Water Development Pollution Control 5.3% due 12/1/10; | D | Int | M | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| S. Arthur Spiegel | 5/10/05 |

| | | B. Income during reporting period period | | C. Gross value at end of reporting period period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt Code (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 22 | Ohio State Higher Education Fac 3.4% due 7/1/37; ▮▮▮▮ | B | Int | L | T | | | | | |
| 23 | Gradison Ohio Municipal Cash Trust | B | Div | N | T | Partial Donation | | | | |
| 24 | **Brokerage Account # 2 - Trust** | F | Div & Int | P1 | T | | | | | |
| 25 | - Gradison Ohio Municipal Cash Trust | | | | | | | | | |
| 26 | - Automatic Data Processing | | | | | | | | | |
| 27 | - Bristol Myers Squibb | | | | | | | | | |
| 28 | - Exxon Mobil Corp | | | | | | | | | |
| 29 | - HSBC Holdings PLC | | | | | Partial Sale | 4/20/04 | K | E | |
| 30 | - JP Morgan Chase & Company | | | | | | | | | |
| 31 | - Pepsico Inc | | | | | | | | | |
| 32 | - Pfizer Inc | | | | | | | | | |
| 33 | - Pitney Bowes Inc | | | | | | | | | |
| 34 | - Procter & Gamble Co | | | | | | | | | |
| 35 | - 3M Co | | | | | | | | | |
| 36 | - Time Warner Co | | | | | | | | | |
| 37 | - U.S. Bancorp | | | | | | | | | |
| 38 | - Piper Jaffray | | | | | Spinoff Complete Sale | 1/2/04 2/6/04 | J | C | Spinoff from US Bancorp |
| 39 | - Butler County, Ohio 4.95% due 12/1/10 | | | | | | | | | |
| 40 | - Cuyahoga County, Ohio 4.75% due 12/1/09 | | | | | | | | | |
| 41 | - Eastern OH Regional Wastewater 4.25% due 12/1/10 | | | | | | | | | |
| 42 | - Kings Local School District, OH 5.20% due 12/1/08 | | | | | | | | | |

| | | B. Income during reporting period period | | C. Gross value at end of reporting period period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt Code (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 43 | - Nordinia Hills, OH School District 4.7% due 12/1/09 | | | | | | | | | |
| 44 | - East Liverpool Ohio Hospital 4.3% due 10/01/04 | | | | | Full Redemption | 10/1/04 | K | A | |
| 45 | - University Cincinnati Ohio 4.45% due 6/1/05 | | | | | | | | | |
| 46 | - Montgomery County Ohio Solid Waste 5.1% due 11/1/05 | | | | | | | | | |
| 47 | - Fairfield Ohio City School 5.1% due 12/1/06 | | | | | | | | | |
| 48 | - Findlay Ohio 3% due 7/1/08 | | | | | Bought | 10/20/04 | K | | |
| 49 | - Madison OH Local School District 4.05% due 12/1/06 | | | | | | | | | |
| 50 | - Muskingum County Ohio Hospital 5.35% due 12/1/07 | | | | | | | | | |
| 51 | Brokerage Account # 4 – Trust | D | Div | M | T | | | | | |
| 52 | - Templeton Foreign Fund | | | | | | | | | |
| 53 | - Victory Established Value Fund | | | | | | | | | |
| 54 | - Victory Small Company Opportunity Fund | | | | | Partial Sale Partial Sale Partial Sale | 1/13/04 9/8/04 12/9/04 | J J J | A A A | |
| 55 | - Victory Diversified Stock Fund | | | | | | | | | |
| 56 | - Gradison U.S. Government Reserves | | | | | | | | | |
| 57 | Brokerage Account # 5 | | | | | | | | | |
| 58 | Victory Established Value Fund | D | Div | M | T | | | | | |
| 59 | Victory Fund for Income | C | Div | L | T | | | | | |
| 60 | Victory Gradison Government Reserves | A | Div | J | T | | | | | |
| 61 | Brokerage Account # 6 – Trust | A | Div | M | T | Donation | 10/19/04 | L | | |
| 62 | - Victory Gradison Government Reserves | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SPIEGEL, S. | 5/10/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SPIEGEL, S. | 5/10/2005 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date___5/10/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544